**In re Steven BERNARD, Relator.**

**No. 14–02–01181–CV.**

Court of Appeals of Texas,
Houston (14th Dist.).

March 27, 2003.

Steven Bernard, Livingston, for relators.

Panel consists of Justices EDELMAN, SEYMORE and GUZMAN.

## OPINION

PER CURIAM.

On November 19, 2002, relator filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T.CODE ANN. § 22.221 (Vernon Supp.2002); *see also* TEX.R.APP. P. 52. Appellant sought a writ of mandamus to require the trial court to hold an evidentiary hearing on his petition for writ of mandamus filed in the trial court. On December 16, 2002, the trial court held a hearing and denied relator's petition. Because the trial court has held a hearing and ruled on relator's petition in the trial court, relator's petition for writ of mandamus against the trial judge is moot.

Accordingly, we deny relator's petition for writ of mandamus.